IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| Plaintiff, | * |
| | * |
| JEREMIAH STADTLANDER, | * |
| | * |
| Intervenor-Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 09-0237-CG-N |
| | * |
| WARREN VILLAGE (MOBILE) | * |
| LIMITED PARTNERSHIP, | * |
| WARREN PROPERTIES, INC., | * |
| FRANK R. WARREN, LAURIE | * |
| WEAVER AND EVELYN GRAVES, | * |
| | * |
| Defendants. | * |

## MOTION FOR PROTECTIVE ORDER

The United States of America, by and through the United States Attorney for the Southern District of Alabama on behalf of the United States Department of Housing and Urban Development ("HUD") hereby moves this Honorable Court to enter a protective order authorizing HUD to release documents requested by these Defendants in their Second Set of Interrogatories and in their Third Request for Production and in support thereof states as follows:

1. On May 27, 2010, the United States received the Defendants' Second Set of Interrogatories and their Third Request for Production.

2.      Although the United States questions the relevance or materiality of some of the information sought in these discovery efforts, some of the documents requested are contained within a system of records which are subject to the Privacy Act of 1974, 5 U.S.C. § 552a, and cannot be released without the consent of the person to whom the records pertain.  The Privacy Act applies to "a group of any records under the control of any agency from which information is retrieved by the name of the individual or by some identifying number, symbol, or other identifying particular assigned to the individual." 5 U.S.C. § 552a(a)(5).  Section 552a(b) provides in pertinent part:

> No agency shall disclose any record which is contained in a system of records by any means of communication to any person, or to another agency, except pursuant to a written request by, or with the prior written consent of, the individual to whom the record pertains. . . .

3.      Defendants have requested HUD documents under the names of the complainants who have filed charges of discrimination against one or more of the owners or operators of apartment buildings or complexes owned and/or operated by these Defendants. Therefore, the United States may only disclose the requested documents with the prior written consent of these 15 individuals (namely, the records for the following individuals, with the corresponding United States Image Number shown in the bottom right corner of each record:  Arbuckle, J. [US's

Image 022008-022019]; Brabante, R. [US 022020-022025]; Delgado, M. [US 022026-022037]; Ditmore, C [US 022038-022175]; Edwards, O. [022176-022193]; Gawlas, M. [US 022194-022210]; Harvey, J. [US 022211-022218]; Nussi, L. [US 022219-022226]; Rowe, G. [022227-022238]; Valentino, L. [US 022239-022252]; Vann, J. [US 022253-022273]; Brown, J. [US 022274-022278]; Diaz, M. [US 022279-022284]; Eichler, G. [US 022285-022291]; Bolden, G. [US 022292-022480]).

4. Moreover, some of the records referenced herein and requested by defendants also discuss and concern some of the individual's health status or treatment or disabilities, and, as such, those records are sensitive and should be protected from abuse or disclosure beyond the limits of the proposed Protective Order.

5. The Privacy Act contains an exception to this general prohibition of disclosure, allowing discovery of such documents if done "pursuant to the order of a court of competent jurisdiction." 5 U.S.C. § 552a(b)(11). Accordingly, if this Court enters a protective order, HUD and the undersigned will be authorized to produce the requested documents. A copy of a proposed Consent Protective Order is attached hereto.

WHEREFORE, the United States of America moves the Court, to enter the Protective Order as to the records maintained in the files of these 15 complainants.

Respectfully submitted,

KENYEN R. BROWN
UNITED STATES ATTORNEY

Dated: June 26, 2010.        By: */S/ Gary Alan Moore*
_____
Gary Alan Moore (MOORG6851)
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone:  251.441.5845
Facsimile:  251.441.5051
Email:      gary.moore2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2010, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas O. Gaillard
James B. Rossler
Daniel A. Hannan
Henry Brewster
Josh Wilson
Alicia Jacob                */S/ Gary Alan Moore*
_____
Gary Alan Moore
Assistant United States Attorney

*S:\civil\Warren Properties\Protective Motion.wpd*